Page 2- cont'd Summons AO-440 form

PETER MENZEL, An individual,

Plaintiff,

v.

DAMNFUNNYPICTURES.COM, a business entity of form unknown; POPSUGAR, INC., a Delaware corporation; XOOMNET, INC., a North Carolina corporation, individually, and doing business as "INSPIRE52.COM"; and DOES 1 through 10,

Defendants.