Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
Email: jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

*GRANTED*
*Judge Nathanael M. Cousins*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENZEL, | Case No.: 16-CV-05600-NC |
| Plaintiff, | *Hon. Nathanael Cousins Presiding* |
| v. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST POPSUGAR INC.** |
| DAMNFUNNYPICTURES.COM; et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendant POPSUGAR Inc. on the other, hereby STIPULATE as follows:

1. All claims against Defendant POPSUGAR INC. are hereby dismissed *with prejudice* pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
3. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO STIPULATED.

Dated: March 15, 2017      By:   */s/ Scott A. Burroughs*
                                 Scott A. Burroughs, Esq.
                                 Trevor W. Barrett, Esq.
                                 DONIGER / BURROUGHS
                                 Attorneys for Plaintiff

Dated:  March 15, 2017     By:   */s/ Benedict Y. Hur*
                                 Benedict Y. Hur, Esq.
                                 Leah Pransky, Esq.
                                 KEKER & VAN NEST LLP
                                 Attorneys for Defendant POPSUGAR Inc.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.